IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02944-BNB

ALEXANDER STANLEY,

    Plaintiff,

v.

TOM CLEMENTS,
LUCY HERNANDEZ,
MARSHALL GRIFFITH,
ELIZABETH ROOK, and
MALINDA MCMILLIAN,

    Defendants.

ORDER RE: REQUEST FOR CLARIFICATION

    Plaintiff, Alexander Stanley, is in the custody of the Colorado Department of Corrections (DOC) and currently is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado.  Mr. Stanley initiated this action by filing a Prisoner Complaint asserting a deprivation of his constitutional rights pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983.  The matter before the Court at this time is Plaintiff's Motion requesting Clarification of the Court's Order Directing Plaintiff to File an Amended Complaint (ECF No. 9), filed on December 21, 2012.

    On December 3, 2012, the Court reviewed the Prisoner Complaint and found that it was deficient because it failed to allege specific facts showing the personal participation of each named Defendant in a violation of the Plaintiff's constitutional rights.  **See Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976).  The Court therefore ordered the Plaintiff to file an amended complaint, on the court-approved

Prisoner Complaint form, within thirty days.  The December 3, 2012 Order advised Mr. Stanley that his claims against certain Defendants based on the denial of grievances are factually deficient, with citation to supporting case law from the United States Court of Appeals for the Tenth Circuit.  No further clarification of the Order is warranted at this time.

Plaintiff is advised, however, that the format of his original Complaint follows the court-approved Prisoner Complaint form and he may use that format again in filing an amended complaint.  Accordingly, it is

ORDERED that Plaintiff's Motion requesting Clarification of the Court's Order Directing Plaintiff to File an Amended Complaint (ECF No. 9) is **granted in part and denied in part**, as discussed above.  It is

FURTHER ORDERED that Plaintiff, Alexander Stanley, **within thirty (30) days from the date of this Order,** shall file an amended complaint that complies with the directives in the December 3, 2012 Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner Complaint form (with the assistance of her case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to file an amended complaint that complies with this Order within the time allowed, some of the Defendants will be dismissed without further notice.  It is

FURTHER ORDERED that Request for Extension of Time to Implement the Court's Order to File Amended Complaint (ECF No. 10) is **granted in part**, as

discussed above.

DATED January 11, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge