IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02944-PAB-MJW

ALEXANDER STANLEY,

Plaintiff,

v.

MALINDA MCMILLIAN,

Defendant.

**ORDER SETTING STATUS CONFERENCE
FOR
PRO SE PLAINTIFF**

Entered by Magistrate Judge Michael J. Watanabe

    The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case entered by Judge Philip A. Brimmer on April 3, 2013 (Docket No. 21).

    IT IS HEREBY ORDERED that a Status Conference shall be held on:

> May 6, 2013, at 10:00 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

    **Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.**

    THE PLAINTIFF(S) SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.

    FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiff

shall:

      1.  Inform this court on whether you intend to retain legal counsel.  If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

      2.  Become familiar with the following Rules:  (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence.  These sets of rules shall apply in this case.

      The pro se Plaintiff may participate in this conference by having his case manager call the court at the time set for the conference.  The court's telephone number is (303) 844-2403.

      Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

      It is further ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

To the Case Manager or Inmate Coordinator of
Alexander Stanley
#98630
Crowley County Correctional Facility (CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700

      Done and signed this 4th day of April, 2013.

                                BY THE COURT:

                                <u>s/Michael J. Watanabe</u>
                                MICHAEL J. WATANABE
                                United States Magistrate Judge