IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02944-PAB-MJW

ALEXANDER STANLEY,

Plaintiff,

v.

MALINDA MCMILLIAN,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendant's Unopposed Motion to Vacate Scheduling Conference (Docket No. 30) is DENIED.  The Scheduling Conference remains set on June 10, 2013, at 9:00 a.m.  That conference was set by this court during a Status Conference on May 6, 2013.   (See Docket No. 24 - Courtroom Minutes/Minute Order).  The parties have had adequate time to meet, confer, and prepare a proposed Scheduling Order as directed by this court during that Status Conference.

Date: June 3, 2013