# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   12-cv-02944-PAB-MJW          FTR - Courtroom A-502

**Date:**   June 13, 2013                                                     Courtroom Deputy, Ellen E. Miller

|  <u>Parties</u> | <u>Counsel</u> |
|---|---|
| ALEXANDER STANLEY, #98630 | Pro Se   (by telephone) |
| Plaintiff(s), | |
| v. | |
| MALINDA MCMILLIAN, | Edmund M. Kennedy |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   10:00  a.m.
Court calls case. Appearances of *Pro Se* plaintiff and defense counsel.

During the Scheduling Conference held June 10, 2013,  Case Manager Comacho advised the Court that their location had been ordered evacuated, and they had to end the call.  The scheduling conference is reconvened.

*Pro Se* Plaintiff has received a copy of  the proposed Scheduling Order which was filed as an amended proposed Scheduling Order [Docket No. 36]. *Pro Se* Plaintiff advises the Court he has no objections to the amended  proposed Scheduling Order, which was filed to replace the first proposed Scheduling Order [Docket No. 33].

**It is ORDERED:**        The SCHEDULING ORDER is accepted and entered as an Order of Court.

Discussion is held regarding *Pro Se* Plaintiff's Motion to Add Defendant(s) to This Action.  It is noted *Pro Se* Plaintiff has listed in the caption defendants who were previously dismissed.  He advises the Court he is actually  seeking to add only one defendant, ROGER WERHOLTZ. With no objection for this defendant to be added by the defense,

**It is ORDERED:**        Plaintiff's MOTION TO ADD DEFENDANT(S) TO THIS ACTION [Docket No. **25**, filed May 13, 2013] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**       ROGER WERHOLTZ, Acting Executive Director of the Colorado Department of Corrections, is added as a defendant in this case. *Pro Se* Plaintiff shall file his FIRST AMENDED COMPLAINT **on or before   JUNE 27, 2013.**  The only defendants to be listed in the caption in all future filings  are:
MALINDA McMILLIAN   and  ROGER WERHOLTZ.

Discussion is held regarding Defendant's Motion to Dismiss.

**It is ORDERED:**       *Pro Se* Plaintiff shall file his written RESPONSE to Defendant's Motion to Dismiss [Docket No. **28**, filed May 30, 2013]  **no later than  JUNE 23, 2013.**

Discussion is held regarding *Pro Se* Plaintiff's Motion Requesting Recusal of Magistrate Judge Michael J. Watanabe.

**It is ORDERED:**       Defendant shall have up to and including **JUNE 20, 2013** within which to file a written RESPONSE to  *Pro Se* Plaintiff's Motion Requesting Recusal of Magistrate Judge Michael J. Watanabe [Docket No. **37**, filed June 11, 2013].

Hearing concluded.

**Court in recess:**  10:23
Total in-court time: 00:23

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.