**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02944-PAB-CBS

ALEXANDER STANLEY,

Plaintiff,

v.

MALINDA MCMILLIAN,

Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 74] of U.S. District Judge Philip A. Brimmer entered on February 26, 2014, it is

**ORDERED** that the Recommendation of United States Magistrate Judge Craig B. Shaffer [Docket No. 52] is **ADOPTED** in part. Plaintiff ALEXANDER STANLEY'S claims against defendant MALINDA MCMILLIAN are dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. It is

**FURTHER ORDERED** that plaintiff ALEXANDER STANLEY recover nothing and that this case is **DISMISSED**. It is

**FURTHER ORDERED** that defendant MALINDA MCMILLIAN is **AWARDED** her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 27th day of February, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk